UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| SHARON LEONARD, | ) |
| | ) |
| vs. | )     Case No. 07-0757-CV-W-JCE-SSA |
| | ) |
| MICHAEL J. ASTRUE. | ) |
| | ) |

\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to decision before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that there is not substantial evidence in the record to support the Administrative Law Judge's decision that plaintiff is not disabled. Accordingly, the decision of the Secretary should be reversed. IT IS HEREBY

ORDERED that plaintiff's motion for judgment on the pleadings be, and it is hereby, GRANTED. II IS FURTHER

ORDERED that, pursuant to 42 U.S.C. Section 405(g), this matter be remanded to the Commissioner for the calculation and award of benefits.

**IT IS SO ORDERED.**

| | |
|---|---|
| February 4, 2009 | P. L. Brune |
| Date | Court Executive |

| | |
|---|---|
| Entered on: February 4, 2009 | s/ Karen. Siegert |
| | (By) Deputy Clerk |